IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| DEBBIE ASHLEY,<br><br>                              Plaintiff,<br><br>      v.<br><br>DG RETAIL, LLC,<br><br>                            Defendant. | 6:23-cv-01779-MK<br><br>JUDGMENT |

      This matter is dismissed with prejudice as to all claims, causes of action, and parties with each party bearing that party's own attorney's fees and costs, pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

      Dated this 25th day of October 2024.

                                              MELISSA AUBIN
                                              Clerk of Court

                                              By:    /s/ B. Davies
                                                          Deputy Clerk